IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YATES INTERNATIONAL, L.L.C., | ) | 06-833 C |
| Plaintiff, | ) | |
| v. | ) | No. 06-________ |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims and to enable the Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Yates International, L.L.C., in the above captioned action, certifies there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: December 5, 2006

Respectfully submitted,

Robert E. Korroch
Thomas O. Mason
Francis E. Purcell, Jr.
Williams Mullen, P.C.
Fountain Plaza Three, Suite 200
721 Lakefront Commons
Newport News, Virginia 23606
757.249.5100 (telephone)
757.249.5109 (facsimile)
Attorneys for Plaintiff

#1152808 v1 - Yates - FDS 0004