IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YATES INTERNATIONAL, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-06-833 C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims, the undersigned counsel for Yates International, L.L.C., hereby files this notice that the complaint filed herewith is directly related to two earlier-filed cases. The earlier-filed cases are:

1. Yates International, L.L.C. v. The United States, COFC No. 06-157C (Judge Allegra). This earlier-filed case is the plaintiff's appeal from the termination for default of two contracts.

2. Yates International, L.L.C. v. The United States, COFC No. 06-570C (Judge Allegra). This earlier-filed case is the plaintiff's appeal from the contracting officer's final decision to approve the Government's assessment of reprocurement costs against the plaintiff as a result of the contested terminations.

The two earlier-filed cases were consolidated on September 22, 2006, with COFC No. 06-157C designated as the lead case.

The new matter is an appeal from the contracting officer's deemed denial of the plaintiff's request for equitable adjustment dated August 3, 2006, arising under contracts SP0450-03-D-1411 and SP0454-03-D-4141. The cases are directly related because they involve the same parties and closely related claims on the same contracts.

Assignment of these cases to a single judge and their consolidation under RCFC 42 is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: December 5, 2006

Respectfully submitted,

Robert E. Korroch
Thomas O. Mason
Francis E. Purcell, Jr.
Williams Mullen, P.C.
Fountain Plaza Three, Suite 200
721 Lakefront Commons
Newport News, Virginia 23606
757.249.5100 (telephone)
757.249.5109 (facsimile)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Directly Related Case was mailed on December 6, 2006, by first-class U.S. mail, postage prepaid, to:

Lauren S. Moore, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street, NW, 8th Floor
Washington, DC 20530

Robert E. Korroch