# In The United States Court of Federal Claims

No. 06-833 C

(Filed: December 8, 2006)

YATES INTERNATIONAL, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 6, 2006, plaintiff filed its complaint in this case. This complaint arises from the same contracts at issue in two other cases plaintiff filed previously in this court, *Yates International, L.L.C. v. United States*, No. 06-157C and *Yates International, L.L.C. v. United States,* No. 06-570C. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate this case with the previously filed matters, which have been consolidated as Case No. 06-157C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge