IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YATES INTERNATIONAL, L.L.C., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-833C |
| v. | ) | |
| | ) | (Judge Francis M. Allegra) |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lauren S. Moore as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0333
Fax: (202) 514-8640

January 23, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 23rd day of January 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Lauren S. Moore